UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-20402-CIV-JORDAN

| | |
|---|---|
| DEWEY DAVIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JORGE PASTRANA, et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER GRANTING SUMMARY JUDGMENT**

Following a de novo review of the record, I adopt the report and recommendation issued by Magistrate Judge White [D.E. 40], to which no objections have been filed.  Accordingly, the defendants' joint motion to dismiss [D.E. 33] – treated as a motion for summary judgment – is GRANTED.  A final judgment will be issued separately.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of March, 2011.

_____
Adalberto Jordan
United States District Judge

cc:    Magistrate Judge White

All counsel of record

Dewey Davis, pro se
No. 64633-004
FCI - Fort Dix
P.O. Box 2000
Ft. Dix, New Jersey 08646